UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )   Case No. 1:15-cv-10050-NMG<br>) |
| DANIEL THIBEAULT<br>GL CAPITAL PARTNERS, LLC<br>GL INVESTMENT SERVICES, LLC<br>GRADUATE LEVERAGE, LLC (d/b/a GL<br>    ADVISOR and GL HOLDINGS CORP.)<br>TAFT FINANCIAL SERVICES, LLC | )<br>)<br>)<br>)<br>)<br>) |
| Defendants,<br>and | )<br>) |
| SHAWNET THIBEAULT<br>GL ADVISOR SOLUTIONS, INC. | )<br>) |
| Relief Defendants. | ) |

**PLAINTIFF'S MOTION TO LIFT STAY**

Plaintiff Securities and Exchange Commission moves the Court to lift the stay in this case, as Defendant Thibeault was sentenced on June 16, 2016, in the related criminal case. The United States Attorney's Office (which intervened in this matter for the purpose of requesting the stay, joined by Thibeault) assents to this Motion. Lifting the stay will permit the Court and the parties to resolve outstanding issues in this matter, now that Thibeault has been sentenced.

The Commission filed its complaint on January 9, 2015. The Commission alleged that the Defendants misappropriated about $16 million of investor funds by creating fictitious loans, reporting these loans as assets of the GL Beyond Income Fund, and diverting the Fund investors' money to the Defendants and Relief Defendants.

*Motion allowed.* /s/ NM Gorton, USDJ 7/15/16