UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL THIBEAULT<br>GL CAPITAL PARTNERS, LLC<br>GL INVESTMENT SERVICES, LLC<br>GRADUATE LEVERAGE, LLC (d/b/a GL<br>ADVISOR and GL HOLDINGS CORP.)<br>TAFT FINANCIAL SERVICES, LLC,<br><br>Defendants,<br>and<br><br>SHAWNET THIBEAULT<br>GL ADVISOR SOLUTIONS, INC.<br><br>Relief Defendants. | Case No. 1:15-cv-10050-NMG |

### PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AS TO DEFENDANT GRADUATE LEVERAGE, LLC

The plaintiff Securities and Exchange Commission ("the Commission") hereby moves, pursuant to Fed. R. Civ. P. 55(b)(2), for entry of default judgment as to defendant Graduate Leverage, LLC.

In support of this motion, the Commission submits the accompanying memorandum of law and a declaration by Rory Alex. Also filed herewith is a proposed form of Final Judgment as to Graduate Leverage, LLC.

        Respectfully submitted,

        SECURITIES AND EXCHANGE COMMISSION
        By its attorneys,

        /s/ Marc J. Jones_____
        Marc J. Jones (Mass. Bar No. 645910)
           Senior Trial Counsel
        Rebecca Israel
           Senior Investigations Counsel
        Kathleen Shields (Mass. Bar No. 637438)
           Senior Trial Counsel
        Attorneys for Plaintiff
        SECURITIES AND EXCHANGE COMMISSION
        33 Arch Street, 24th Floor
        Boston, MA  02110
        (617) 573-8947 (Jones direct)
        (617) 573-4590 (fax)
        jonesmarc@sec.gov (Jones email)

DATED: September 23, 2016

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

      The undersigned was unable to confer with defendant Graduate Leverage, LLC because it is not represented by counsel and no individual has been authorized to represent it in this matter.

        __/s/ Marc J. Jones_____
        Marc J. Jones

## CERTIFICATE OF SERVICE

      I hereby certify that on September 23, 2016, a true and correct copy of the foregoing document was filed through the Court's CM/ECF system, and accordingly, the document will be sent electronically to all participants registered to receive electronic notice in this case.  A copy will also be sent via first class mail to the last known address for defendant Graduate Leverage, LLC, and other defendants and relief defendants who have not yet registered for notice via the Court's CM/ECF system.

        __/s/ Marc J. Jones_____
        Marc J. Jones