UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:15-cv-10050-NMG |
| DANIEL THIBEAULT<br>GL CAPITAL PARTNERS, LLC<br>GL INVESTMENT SERVICES, LLC<br>GRADUATE LEVERAGE, LLC (d/b/a GL ADVISOR and GL HOLDINGS CORP.)<br>TAFT FINANCIAL SERVICES, LLC, | ) |
| Defendants,<br>and | ) |
| SHAWNET THIBEAULT<br>GL ADVISOR SOLUTIONS, INC. | ) |
| Relief Defendants. | ) |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AS TO
DEFENDANT GL CAPITAL PARTNERS, LLC**

The plaintiff Securities and Exchange Commission ("the Commission") hereby moves, pursuant to Fed. R. Civ. P. 55(b)(2), for entry of default judgment as to defendant GL Capital Partners, LLC.

In support of this motion, the Commission submits the accompanying memorandum of law and a declaration by Rory Alex. Also filed herewith is a proposed form of Final Judgment as to GL Capital Partners, LLC.

*Motion allowed. M Gorton, USDJ 12/21/16*