UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL THIBEAULT<br>GL CAPITAL PARTNERS, LLC<br>GL INVESTMENT SERVICES, LLC<br>GRADUATE LEVERAGE, LLC (d/b/a GL ADVISOR and GL HOLDINGS CORP.)<br>TAFT FINANCIAL SERVICES, LLC<br><br>Defendants,<br><br>and<br><br>SHAWNET THIBEAULT,<br>GL ADVISOR SOLUTIONS, INC.<br><br>Relief Defendants. | CIVIL ACTION NO.<br>15-cv-10050-NMG |

### ASSENTED-TO MOTION BY RELIEF DEFENDANT SHAWNET THIBEAULT TO MODIFY ASSET FREEZE

Relief Defendant Shawnet Thibeault ("Mrs. Thibeault") moves, with the assent of Plaintiff Securities and Exchange Commission, to modify the Asset Freeze in this matter so that it no longer applies to assets she holds individually. Mrs. Thibeault submits such modification is justified for the reasons explained in the accompanying Memorandum, and requests that the Court enter the Stipulation and Proposed Order filed herewith.

*Motion allowed. NMGorton, USDJ 6/20/17*

1