UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL THIBEAULT<br>GL CAPITAL PARTNERS, LLC<br>GL INVESTMENT SERVICES, LLC<br>GRADUATE LEVERAGE, LLC (d/b/a GL<br>ADVISOR and GL HOLDINGS CORP.)<br>TAFT FINANCIAL SERVICES, LLC,<br><br>Defendants,<br>and<br><br>SHAWNET THIBEAULT<br>GL ADVISOR SOLUTIONS, INC.<br><br>Relief Defendants. | Case No. 1:15-cv-10050-NMG |

**JOINT MOTION FOR
ENTRY OF FINAL JUDGMENT**

Plaintiff Securities and Exchange Commission (the "Commission") and Relief Defendant Shawnet Thibeault ("Thibeault"), jointly move that this court enter the attached proposed Final Judgment as to Thibeault. The Commission and Thibeault have agreed to all terms in the Final Judgment. In support of this motion, attached hereto is the Consent signed by Thibeault and her counsel, memorializing her agreement to the terms of the Final Judgment.

The parties respectfully request that the Court enter the attached proposed Final Judgment.

*Motion allowed. NMGorton, USDJ 2/15/18*

Dated: February 9, 2018

SECURITIES AND EXCHANGE
COMMISSION,
By its attorneys,

/s/ Marc J. Jones
Marc J. Jones (Mass. Bar No. 645910)
Kathleen B. Shields (Mass. Bar No. 637438)
33 Arch Street, 24th Floor
Boston, MA  02110
(617) 573-8947 (Jones direct)
(617) 573-8904 (Shields direct)
(617) 573-4590 (fax)
jonesmarc@sec.gov
shieldska@sec.gov

## Certificate of Service

I hereby certify that, on February 9, 201, 2018, a true and correct copy of the foregoing document was filed through the Court's CM/ECF system, and accordingly, the document will be sent electronically to all participants registered to receive electronic notice in this case.

/s/ Marc J. Jones
Marc J. Jones