UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DANIEL THIBEAULT ) <br> GL CAPITAL PARTNERS, LLC ) <br> GL INVESTMENT SERVICES, LLC ) <br> GRADUATE LEVERAGE, LLC (d/b/a GL ) <br> ADVISOR and GL HOLDINGS CORP.) ) <br> TAFT FINANCIAL SERVICES, LLC, ) <br> ) <br> Defendants, ) <br> and ) <br> ) <br> SHAWNET THIBEAULT ) <br> GL ADVISOR SOLUTIONS, INC. ) <br> ) <br> Relief Defendants. ) | Case No. 1:15-cv-10050-NMG |

[proposed]
**FINAL JUDGMENT AS TO
RELIEF DEFENDANT SHAWNET THIBEAULT**

The Securities and Exchange Commission having filed a Complaint and Relief Defendant Shawnet Thibeault ("Relief Defendant") having entered a general appearance; consented to the Court's jurisdiction over Relief Defendant and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction and except as otherwise provided herein in paragraph III); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Relief Defendant is liable for disgorgement of $468,236, representing profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $49,826, for a total of $518,062. Relief Defendant shall satisfy this obligation by paying $518,062, within 180 days after entry of this Final Judgment, pursuant to the instructions below.

All money paid pursuant to this Final Judgment shall be credited toward the order of restitution entered against Daniel Thibeault on June 16, 2016, in the related criminal case, *United States v. Daniel Thibeault*, Criminal Action No. 15-cr-10031-LTS (D. Mass), and shall be distributed consistent with the distribution of money collected as part of that restitution fund. Accordingly, Relief Defendant will pay $518,062 by certified check made payable to the United States Marshall Service, which shall be delivered or mailed to:

> Assistant United States Attorney Doreen Rachal
> John Joseph Moakley United States Federal Courthouse
> 1 Courthouse Way, Suite 9200
> Boston, MA 02210

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Shawnet Thibeault as a relief defendant in this action; and specifying that payment is made pursuant to this Final Judgment.

Relief Defendant shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action. By making this payment, Relief Defendant relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Relief Defendant.

The Commission may enforce the Court's judgment for disgorgement and prejudgment interest by moving for civil contempt (and/or through other collection procedures authorized by

law) at any time after 14 days after payment is due pursuant to this Final Judgment. Relief Defendant shall pay post judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

## II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Relief Defendant shall comply with all of the undertakings and agreements set forth therein.

## III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, solely for purposes of exceptions to discharge set forth in Section 523 of the Bankruptcy Code, 11 U.S.C. §523, the allegations in the complaint are true and admitted by Relief Defendant, and further, any debt for disgorgement, prejudgment interest, civil penalty or other amounts due by Relief Defendant under this Final Judgment or any other judgment, order, consent order, decree or settlement agreement entered in connection with this proceeding, is a debt for the violation by Relief Defendant of the federal securities laws or any regulation or order issued under such laws, as set forth in Section 523(a)(19) of the Bankruptcy Code, 11 U.S.C. §523(a)(19).

## IV.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

## V.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil

Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Dated: *Feb. 15*, *2018*

                                       /s/ Nathaniel M. Gorton
                                       UNITED STATES DISTRICT JUDGE