UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL THIBEAULT<br>GL CAPITAL PARTNERS, LLC<br>GL INVESTMENT SERVICES, LLC<br>GRADUATE LEVERAGE, LLC (d/b/a GL<br>  ADVISOR and GL HOLDINGS CORP.<br>TAFT FINANCIAL SERVICES, LLC,<br><br>Defendants,<br><br>and<br><br>SHAWNET THIBEAULT<br>GL ADVISOR SOLUTIONS, INC.<br><br>Relief Defendants. | Case No. 1:15-cv-10050-NMG |

[Proposed]
ORDER TRANSFERRING CONTROL OF BANK ACCOUNT
TO TRUSTEES OF GL BEYOND INCOME FUND FOR DISTRIBUTION TO VICTIMS

WHEREAS, American Momentum Bank holds accounts in the name of defendant Graduate Leverage, LLC ("GL"), with defendant Daniel Thibeault as account signatory (the "Subject Accounts"); and,

WHEREAS, the Subject Accounts hold money for the benefit of the investors in the GL Beyond Income Fund (the "Fund"), pursuant to the Loan Servicing Agreement between GL and the Fund; and,

WHEREAS, the Fund's investors were defrauded by the actions of the Defendants, including GL and Thibeault, and have been unable to recover the money contained in the Subject Accounts;

It is hereby ORDERED that the American Momentum Bank will transfer control of all accounts at the bank currently in the name of Graduate Leverage, LLC (or "Graduate Leverage LLC") to the control of the Trustees of the GL Beyond Income Fund, including Account Nos.

2006471 and 3015144, within 30 days of this Order, taking all necessary steps to give the Trustees of the Fund the ability to assume control of that money;

  It is further ORDERED that American Momentum Bank shall contact Attorney David A. Wilson (Thompson Hine LLP, (202) 263-4161), counsel for the GL Beyond Income Fund, to arrange the transfer of control of the accounts. Attorney Wilson shall, upon request from American Momentum Bank, provide wire transfer instructions to the bank; and,

  It is further ORDERED, that the Trustees of the Fund shall, within 90 days, assume control of the money currently in the Subject Accounts at American Momentum Bank, and distribute that money to the Fund's investors.

Dated: 9/27/18

/s/ Nathaniel M. Gorton
Honorable Nathaniel M. Gorton
United States District Judge