UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL THIBEAULT<br>GL CAPITAL PARTNERS, LLC<br>GL INVESTMENT SERVICES, LLC<br>GRADUATE LEVERAGE, LLC (d/b/a GL<br>    ADVISOR and GL HOLDINGS CORP.)<br><br>TAFT FINANCIAL SERVICES, LLC<br><br>Defendants,<br>and<br><br>SHAWNET THIBEAULT<br>GL ADVISOR SOLUTIONS, INC.<br><br>Relief Defendants. | Case No. 1:15-cv-10050-NMG |

**[proposed]**
**ORDER OF CIVIL CONTEMPT AND ORDER TO SHOW CAUSE**

Upon the motion of Plaintiff Securities and Exchange Commission (the "Commission") for a finding of civil contempt against Relief Defendant Shawnet Thibeault ("Thibeault") of the Court's Stipulation and Order to Modify Asset Freeze ("Stipulation and Order") and the Court's Final Judgment against her, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

1. As described in the Commission's moving papers, Thibeault violated Paragraph 3 of the Stipulation and Order by failing to make reasonably diligent efforts to sell her home at 72 Carter Dr., Framingham, MA, by marketing the home for sale on commercially reasonably terms through a registered real estate broker;

2. As described in the Commission's moving papers, Thibeault violated Paragraph I of the Final Judgment against her by failing to pay $518,062 when it was due on August 15, 2018;

3. As a result of the violations referenced in paragraphs 1 and 2 above, Thibeault is hereby found and adjudged to be in contempt of the Stipulation and Order and the Final Judgment;

4. Within 24 hours of the issuance of this Order, Thibeault shall list 72 Carter Drive, Framingham, MA for sale on commercially reasonable terms through a registered real estate broker and shall provide written proof to counsel for the Commission that she has done so;

5. For every 24 hour period that Thibeault fails to comply with the instruction in paragraph 4 above, a fine of $100 shall be added to the amount she owes under the Final Judgment, and that sum shall be paid in accordance with the instructions set forth in paragraph I of the Final Judgment;

6. If Thibeault has not complied with the instruction in paragraph 4 above within 14 days of the date of this Order, she shall appear and be prepared to show cause why additional sanctions should not be imposed.

DATED: Sept 27, 2018

_Nathaniel M. Gorton_
UNITED STATES DISTRICT COURT JUDGE